In the Matter of THOMAS J. RHATIGAN et al., Respondents, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents, and VINCENT J. PUGLISI, Appellant.

Argued September 9, 1953; decided September 9, 1953.

*Abraham J. Gellinoff, S. Philip Cohen* and *Alfred J. Callahan* for appellant.

*George Rosling* and *Sidney Squire* for Thomas J. Rhatigan and another, respondents.

Order affirmed. (See *Matter of Ahern* v. *Elder,* 195 N. Y. 493.) No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of ETHEL WEXLER et al., Respondents, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents, and VICTOR L. ANFUSO et al., Appellants.

Argued September 9, 1953; decided September 9, 1953.